BEFORE THE FIRST DIVISION, NOVEMBER 14, 1963

**No. 68098.**—The American Import Company and Loretz and Company *v.* United States, protests 59/23308 and 63/4736 (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 14, 1963

**No. 68099.**—Henry Wedemeyer, Inc. *v.* United States, protest 60/9155 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

**No. 68100.**—A. N. Deringer, Inc. *v.* United States, protests 60/16918, etc. (Ogdensburg).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of *John V. Carr & Son, Inc.* v. *United States* (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.